# EXHIBIT "B"



# Sivyer Barlow & Watson, P.A.
ATTORNEYS AT LAW

MAHLON H. BARLOW, III
WILLIAM B. BOWLES, JR.
R.J. HAUGHEY, II
J. CARLTON MITCHELL
NEAL A. SIVYER
STEPHEN E. WALKER
PAUL D. WATSON

WACHOVIA CENTER
100 SOUTH ASHLEY DRIVE
SUITE 2150
TAMPA, FL 33602
(813) 221-4242
FAX: (813) 227-8598
www.sbwlegal.com

OF COUNSEL
GAIL M. ABERCROMBIE
DAVID S. WATSON

SENDER'S EMAIL:
pwatson@sbwlegal.com

March 26, 2007

**BY OVERNIGHT DELIVERY**
**AND FIRST CLASS MAIL**

Cardillo Capital, Inc.
d/b/a Dunkin' Donuts
3795 Tamiami Trail East
Naples, Florida 34112
Attn: Robert T. Cardillo

Cardillo Capital, Inc.
d/b/a Dunkin' Donuts
33 Broad Street, 11th Floor
Boston, Massachusetts 02109
Attn: Robert T. Cardillo

Re:   **NOTICE TO CURE**
       PC 301684
       Dunkin' Donuts Franchised Restaurants LLC ("Dunkin' Donuts")
       Account Balance Due: Failure to report sales and pay royalties for unreported weeks from 12/16/06 through 03/03/07 and late charges in the estimated amount of $19,873.35

Dear Franchisee:

You are hereby notified that you are in default of the Franchise Agreement listed below, pursuant to which you operate a franchised business at the address listed:

| Franchisee | Date of Agreement | Location of Business | PC No. | Brand(s) |
|---|---|---|---|---|
| Cardillo Capital, Inc. and Robert Cardillo | 08/14/01 | 3795 Tamiami Trail East Naples, Florida 34112 | 301684 | Dunkin' Donuts |

Cardillo Capital, Inc.
d/b/a Dunkin' Donuts
March 26, 2007
Page 2

This Notice shall serve as fifteen (15) days prior written notice that Dunkin' Donuts intends to terminate your franchise for your failure to pay:

> Royalties for Dunkin' Donuts for unreported weeks from 12/16/06 to 03/03/07 and failure to report sales in the estimated amount of $17,261.07
> Legal fees and expenses in the amount of $75.00

You are required to cure these defaults within fifteen (15) days by either (i) using our electronic payment systems or (ii) mailing your certified check in the amount of $19,873.35 plus all advertising and franchise fees due for the unreported weeks identified above to Dunkin' Donuts, P.O. Box 2965, Carol Stream, IL 60132-2965. In addition, fax a copy of said check to Andrea Springer, Collections Specialist, at 781-737-6029.

You are advised that if you dispute the claimed defaults and contend that this Notice is not justified, you must advise Dunkin' Donuts in writing within seven (7) days of the receipt of this Notice of the substance of the dispute and provide Dunkin' Donuts with any and all information supporting your claims. Dunkin' Donuts will promptly review the substance of your dispute and make any adjustments that may be necessary to the amounts shown to be in default and notify you. However, any dispute that you raise with respect to the amounts in default, or any claims that you might purport to have against Dunkin' Donuts will not excuse your obligation to pay the amounts owed to Dunkin' Donuts as set out herein above; nor will such claims excuse your performance of your obligations under the Franchise Agreement.

This Notice supplements any Notices of Default and/or Termination previously sent relating to this store. This Notice does not supersede any prior Notice, nor does it constitute a waiver of any rights pursuant to any Notice. Failure to cure these defaults within fifteen (15) days of the receipt of this Notice, as well as your continued failure to make timely payments and to submit financial information, as required by your Franchise Agreement with Dunkin' Donuts, may result in termination of your Franchise Agreement.

Sincerely,

Paul D. Watson

PDW/psb
cc:   Andrea Springer– Collection Specialist (e-mail for all)
      George McAllan – Director of Operations
      Al Parra – Operations Manager
      Jack Laudermilk, Esq.